◈ PS 8
(5/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hill, Wendy L. | Docket No. | 0980 2:13CR06021-001-FVS |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Wendy L. Hill, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 26th day of August 2013, under the following conditions:

**Additional Condition #15:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.

**Additional Condition #16:** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ms. Hill is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by failing to follow treatment recommendations.

**Violation #2:** Ms. Hill is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by failing to submit to urine testing on October 3, 9, 10, and 14, 2013.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

Respectfully submitted,

by     s/Carrie A. Valencia

Carrie A Valencia
U.S. Pretrial Services Officer

Sworn to before me, and subscribed

Date 10/18    at Yakima, Washington

_____
Signature of Judicial Officer

PS-8
**Re: Hill, Wendy**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/18/13
Date